So Ordered.

Signed this 26 day of July, 2023.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

THE NEW YORK BAKERY OF SYRACUSE, INC.,[1]

                       Debtor.

Case No. 21-30770
Chapter 11 Case

### FINAL DECREE AND ORDER CLOSING CASE

Debtor The New York Bakery of Syracuse, Inc. (the "Debtor"), having filed an Amended Notice of Motion for Entry of Final Decree Closing Chapter 11 Subchapter V Case Pursuant to Section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, a Motion for Entry of Final Decree Closing Chapter 11 Subchapter V Case Pursuant to Section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and a Notice of Report of Substantial Consummation, all dated June 26, 2023; and the Debtor having provided to the Court copies of all checks representing distributions made pursuant to the confirmed Amended Small Business Subchapter V Chapter 11

---

[1] The last four digits of the Debtor's federal tax identification number are 4369.

16283589.1

Plan of Liquidation dated December 13, 2021 (the "Plan"), all in compliance with 11 U.S.C. §§ 350(a), 1101(2), and 1183(c)(2), Rules 3021 and 3022 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3022-1;

**NOW**, upon reading and filing the foregoing in support of the relief requested; and no objections to the relief requested having been filed; and the Court having held a hearing concerning the Motion on July 26, 2023 in Albany, New York; and the Debtor having appeared by Bond, Schoeneck & King, PLLC (Camille W. Hill, Esq., of counsel) in support of the relief requested; and appearances having been entered by the Subchapter V Trustee (Francis J. Brennan, Esq.) and by the Office of the United States Trustee (Erin P. Champion, Esq.); and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that due notice of the Motion has been given and no other or further notice need be given; and the Court having found that substantial consummation has been achieved in this chapter 11 Subchapter V case, and that all distributions required by the Plan have been made; and the Debtor's chapter 11 Subchapter V case having been fully administered pursuant to the confirmed Plan, and that a final decree should be entered closing this case; and upon due deliberation of the Court, it is hereby

**ORDERED**, that the Motion is granted in its entirety; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. § 350(a), the chapter 11 Subchapter V case of The New York Bakery of Syracuse, Inc. be and hereby is closed; and it is further

**ORDERED**, that the Court shall retain jurisdiction to reopen this case for the purposes, and to the extent provided by, the confirmed Plan and the Order Confirming Amended Small Business Subchapter V Chapter 11 Plan of Liquidation entered in this case.

# # #

16283589.1