UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

THE NEW YORK BAKERY OF SYRACUSE, INC., [1]

Debtor.

Case No. 21-30770
Chapter 11 Case

# CERTIFICATE OF SERVICE

I hereby certify that on July 27 2023, I caused to be mailed, via first class mail using the United States Postal Service in the State of New York, copies of the *Final Decree and Order Closing Case* to the individuals on the annexed service list.

      /s/ Kristin M. Doner
      Kristin M. Doner

---

[1] The last four digits of the Debtor's federal identification number are 4369.

16291886.1 7/27/2023

| | | |
|---|---|---|
| American Express<br>200 Vesey Street<br>New York, NY 10285 | Archer Daniels Midland Co.<br>77 West Wacker Drive<br>#4600<br>Chicago, IL 60601 | AUS North LBX<br>3117 Milton Avenue<br>Syracuse, NY 13209 |
| Automated Equipment Services<br>Attn: Jeff Prince<br>400 Farms Road<br>McKinney, TX 75071 | Bagelover's<br>42 Elm Street<br>Dryden, NY 13053 | Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 |
| C.H. Robinson<br>14701 Charlson Road<br>Eden Prairie, MN 55347 | CED Baldwin & Hall<br>6552 Ridings Road<br>Syracuse, NY 13206 | Chris Christou<br>159 Dwight Park Circle<br>Syracuse, NY 13209 |
| Chris Christou<br>Irrevoc. Benefit Trust<br>159 Dwight Park Circle<br>Syracuse, NY 13209 | Christou Associates<br>8304 Gabion Way<br>Liverpool, NY 13090 | Corbion Caravan<br>8250 Flint Street<br>Lenexa, KS 66214 |
| Crisafulli Gorman Attorneys<br>8104 Cazenovia Road<br>Manlius, NY 13104 | Crossroads Management<br>2357 Humphrey Road<br>Varysburg, NY 14167 | Dawn Foods<br>3333 Sargent Road<br>Jackson, MI 49201 |
| Ehrlich Pest Control<br>6518 Basile Rowe<br>East Syracuse, NY 13057 | Equitable Insurance<br>100 Madison Street<br>Syracuse, NY 13202 | Excellus Blue Shield<br>333 Butternut Drive<br>Syracuse, NY 13214 |
| Faspac Packaging<br>8485 Jules Leger<br>Anjou Quebec H1J 1AB<br>CANADA | Five Star Bank<br>220 Liberty Street<br>P.O. Box 227<br>Warsaw, NY 14569 | Focus Works<br>139 N. Ocean Avenue<br>Patchogue, NY 11772 |
| Gary J. Valerino, Esq.<br>313 East Willow Street<br>Suite 201<br>Syracuse, NY 13203 | Gilberti Stinziano Heintz & Smith, P.C.<br>c/o Barclay Damon<br>Attn: William Gilberti, Esq.<br>125 E. Jefferson Street<br>Syracuse, NY 13202 | Global Equipment<br>29833 Network Place<br>Chicago, IL 60673-1298 |

| | | |
|---|---|---|
| Grimaldi's (Hearthland) Bakery<br>2101 Menahan Street<br>Ridgewood, NY 11385 | HYG Financial<br>800 Walnut Street<br>Des Moines, IA 50309 | IDEA 247, Inc.<br>200 SE 1st., Suite 200<br>Miami, FL 33131 |
| Infiniti Capital<br>5050 Kingsley Drive<br>Cincinnati, OH 45227 | Infiniti Financial<br>5050 Kingsley Drive<br>Cincinnati, OH 45227 | James Ehr<br>P.O. Box 190<br>Syracuse, NY 13209-0190 |
| Joel S. Stuttman, Esq.<br>100 Manhattanville Road, Suite 4E20<br>Purchase, NY 10577 | Johnson Controls Security Solutions<br>10405 Crosspoint Boulevard<br>Indianapolis, IN 46256 | Jonathan S. Kingston & Associates, PC<br>26 Court Street, Suite 1200<br>Brooklyn, NY 11242 |
| Joseph Shur, Esq.<br>Relin, Goldstein & Crane<br>28 East Main Street, Suite 1800<br>Rochester, NY 14614 | Kwik Lock<br>2712 S. 16th Avenue<br>Yakima, WA 98903 | Lallemand Yeast, Inc.<br>1620 Rue Prefontaine<br>Montreal H1W 2N8<br>CANADA, |
| Leaf Capital Financing<br>One Commerce Square<br>Attn: :Legal Department<br>2005 N. Market Street, 14th Floor<br>Philadelphia, PA 19103 | Leaf Capital Funding, LLC<br>One Commerce Square<br>2005 N. Market Street, 14th Floor<br>Philadelphia, PA 19103 | Leaf Financial<br>One Commerce Square<br>2005 N. Market Street, 14th Floor<br>Philadelphia, PA 19103 |
| Lee E. Woodard, Esq.<br>Harris Beach PLLC<br>333 West Washington Street, Suite 200<br>Syracuse, NY 13202 | Leviton Law Firm<br>Attn: Simon Walker, Esq.<br>One Pierce Place, Suite 725W<br>Itasca, IL 60143 | Liberty Mutual<br>5062 Brittonfield Parkway<br>East Syracuse, NY 13057 |
| Mackenzie Hughes<br>440 S. Warren Street, Suite 400<br>Syracuse, NY 13202-2601 | Mallet & Company<br>1, N Bell Avenue<br>Carnegie, PA 15106 | Manpower Temp Service<br>9041 Main Street<br>Lisle, NY 13797-1233 |
| Mark DiDomenico<br>1132 Broadway<br>Buffalo, NY 14212 | Marlin Business Bank<br>2795 E. Cottonwood Parkway, Suite 120<br>Salt Lake City, UT 84121 | Marlin Business Park<br>2795 E. Cottonwood Parkway, Suite 120<br>Salt Lake City, UT 84121 |
| Mike Christou<br>280 99th Avenue<br>Laval, Quebec H7W 3Y9<br>CANADA, | Mike Christou<br>Irrevocable Benefit Trust<br>280 99th Avenue<br>Laval, Quebec H7W 3Y9<br>CANADA, | NEC Phones<br>24189 Network Place<br>Chicago, IL 60673-1241 |

3

New Hope Mills
181 York Street
Auburn, NY 13021

NSF
789 N. Dixoro Road
Ann Arbor, MI 48105

NY Business Development Corporation
d/b/a Pursuit BDC
50 Beaver Street, 5th Floor
Albany, NY 12207

Ocean First ACS Collection
22 Center Street
Freehold, NJ 07728

Onondaga County Real Estate Taxes
Chief Financial Officer
421 Montgomery Street, 15th Floor
Syracuse, NY 13202

P28 Foods
310 Lakeside Road
Syracuse, NY 13209

Patrick Mathers
d/b/a Dwight Park Enterprises
159 Dwight Circle
Syracuse, NY 13209

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, NY 12207

Petros Christou
8304 Gabion Way
Liverpool, NY 13090

Petros Christou
Irrevoc. Benefit Trust
8304 Gabion Way
Liverpool, NY 13090

Phillip H. Allen
121 Dwight Park Circle
Syracuse, NY 13209

Quality Kosher Supervision
338 18th Street, NW
Canton, OH 44703

Rausch Sturm
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005

Ryder Truck
11690 NW 105th Street
Miami, FL 33178

Scolaro Fetter Grizanti, P.C.
507 Plum Street
Suite 300
Syracuse, NY 13204

Sethness
3422 W. Touhy Avenue, #2
Skokie, IL 60076

Smith Carroad Levy Wan & Parikh
5036 Jericho Turnpike
Commack, NY 11725

Solvay Bank
Attn: John Carpenter, S.V.P.
1537 Milton Avenue
Syracuse, NY 13209

Syracuse Crunch
800 South State Street
Syracuse, NY 13202

Huntington Bank, successor in interest to
TCF National Bank
1405 Xenium Lane North
Plymouth, MN 55441

Thaler & Thaler, P.C.
North Tioga Street
Ithaca, NY 14850

The Commerical Collection Corp.
34 Seymour Street
Tonawanda, NY 14150

Timothy W. Fafinski, Esq.
Corporate Council, P.A.
3411 Brei Kessel Road
Independence, MN 55359

Town of Geddes
1000 Woods Road
Syracuse, NY 13209-1545

U.S. Bank
1310 Madrid Street, Suite 101
Marshall, MN 56258

US Cold Storage
601 Twin Rail Drive
Minooka, IL 60447

Village of Solvay Electric
1100 Woods Road
Syracuse, NY 13209

4

16291886.1 7/27/2023

| | | |
|---|---|---|
| Wells Fargo Vendor Financial Services<br>P.O. Box 35701<br>Billings, MT 59107 | Wells Fargo Vendor Financial Services<br>420 Montgomery Street<br>San Francisco, CA 94104 | West Rock Packaging<br>1000 Abernathy Road NE<br>Atlanta, GA 30328 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malern, PA 19355-0701 | Bank of America, N.A.<br>P.O. Box 15312<br>Wilmington, DE 19850-5312 | East Baking Company, Inc.<br>104 Whiting Farms Road<br>Holyoke, MA 01040 |
| Fastenal Company<br>Attn: Legal<br>2001 Theurer Boulevard<br>Winona, MN 55987 | Five Star Bank<br>Attn: Aimee L. Porter<br>100 Chestnut Street, 14th<br>Rochester, NY 14604 | Five Star Bank<br>c/o Woods Oviatt Gilman LLP<br>Attn: John McAndrew, Esq.<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604 |
| HYG Financial Services, Inc.<br>1010 Thomas Edison Boulevard, SW<br>Cedar Rapids, IA 52404 | Lallemand, Inc.<br>c/o Meggesto, Crossett & Valerino, LLP<br>Gary J. Valerino, Esq.<br>511 East Fayette Street<br>Syracuse, NY 13202 | ManpowerGroup US Inc.<br>c/o Kohner Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212 |
| Marlin Business Bank<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | NYS Department of Taxation & Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13202-1320 |
| Onondaga County<br>c/o Law Department<br>421 Montgomery Street – 10th Floor<br>Syracuse, NY 13202 | Pete Mattheos<br>c/o Barclay Damon Tower<br>Attn: Jeffrey A. Dove, Esq.<br>125 East Jefferson Street<br>Syracuse, NY 13202 | Wells Fargo Vendor Financial Services, Inc.<br>1010 Thomas Edison Boulevard SW<br>Cedar Rapids, IA 52404 |
| Westrock Southern Container, LLC<br>3950 Shakleford Road<br>Duluth, GA 30096 | Onondaga County<br>Chief Fiscal Officer<br>P.O. Box 10041<br>Syracuse, NY 13201 | Archer Daniels Midland Company<br>P.O. Box 1470<br>Decatur, IL 62525-1470 |
| East Baking Company, Inc.<br>Assignee of CED Baldwin & Hall<br>c/o Getnick Livingston Atkinson & Priore, LLP<br>258 Genesee Street<br>Utica, NY 13502 | East Baking Company, Inc.<br>Assignee of Grimaldi's Home of Bread Inc.<br>c/o Getnick Livingston Atkinson & Priore, LLP<br>258 Genesee Street<br>Utica, NY 13502 | Internal Revenue Service<br>10 Broad Street<br>Utica, NY 13501 |
| NSF International<br>Dept. Lock Box #771380<br>P.O. Box 77000<br>Detroit, MI 48277 | West Rock Packaging<br>3950 Shackleford Road<br>Duluth, GA 30096 | Eastern Managed Print Network/Xerox<br>6800 Northern Boulevard<br>East Syracuse, NY 13057 |

16291886.1 7/27/2023

| | |
|---|---|
| Erin Champion, Esq.<br>Office of the U.S. Trustee<br>105 U.S. Courthouse<br>10 Broad Street<br>Utica, NY 13501 | Paul A. Levine, Esq.<br>Meghan M. Breen, Esq.<br>Lemery Greisler LLC<br>*Counsel for Pursuit*<br>677 Broadway, 8th Floor<br>Albany, NY 12207 |
| Lee E. Woodard, Esq.<br>Harris Beach, PLLC<br>*Counsel for Solvay Bank*<br>333 West Washington Street<br>Syracuse, NY 13202 | Jeffrey A. Dove, Esq.<br>Barclay Damon, LLP<br>*Counsel for the Proposed Purchaser*<br>125 E. Jefferson Street<br>Syracuse, NY 13202 |
| Francis J. Brennan, Esq.<br>*Subchapter V Trustee*<br>Nolan Heller Kauffman LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207 | Mackenzie Hughes LLP<br>Attn: Neil J. Smith, Esq.<br>440 S. Warren Street, Suite 400<br>Syracuse, NY 13202 |
| Jeffery T. Lottermoser, Jr., Esq.<br>Getnick Livingston Atkinson & Priore, LLP<br>*Local Counsel for East Baking Company, Inc.*<br>258 Genesee Street, Suite 401<br>Utica, NY 13502 | Gary M. Weiner, Esq.<br>Weiner Law Firm, P.C.<br>*Counsel for East Baking Company, Inc.*<br>1441 Main Street, Suite 610<br>Springfield, MA 01103 |
| Anthony R. Hanley, Esq.<br>Costello, Cooney & Fearon, PLLC<br>*Local Counsel for East Baking Company, Inc.*<br>211 W. Jefferson Street, Suite 1<br>Syracuse, NY 13202 | Jenelle C. Arnold, Esq.<br>Aldridge Pite, LLP<br>*Attorneys for Bank of America*<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |
| NYS Department of Taxation & Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | New York State Dept. of Taxation & Finance<br>ATTN: Office of Counsel<br>Building 9, W.A. Harriman Campus<br>Albany, NY 12227 |

16291886.1 7/27/2023

Letitia James
Attorney General of the State of New York
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Town of Geddes
1000 Woods Road
Syracuse, NY 13209-1545

Onondaga County Real Estate Taxes
Chief Financial Officer
421 Montgomery Street, 15th Floor
Syracuse, NY 13202

American Express
200 Vesey Street
New York, NY 10285

Archer Daniels Midland Co.
77 West Wacker Drive #4600
Chicago, IL 60601

Automated Equipment Services
Attn: Jeff Prince
400 Farms Road
McKinney, TX 75071

Bagelover's
42 Elm Street
Dryden, NY 13053

Corbian Caravan
8250 Flint Street
Lenexa, KS 66214

Crossroads Management
2357 Humphrey Road
Varysburg, NY 14167

Dawn Foods
3333 Sargent Road
Jackson, MI 49201

Faspac Packaging
8485 Jules Leger
Anjou Quebec H1J 1AB
CANADA

7

16291886.1 7/27/2023

Five Star Bank
220 Liberty Street
P.O. Box 227
Warsaw, NY 14569

Gilberti Stinziano Heintz & Smith, P.C.
c/o Barclay Damon
Attn: William Gilberti, Esq.
125 E. Jefferson Street
Syracuse, NY 13202

IDEA 247, Inc.
200 SE 1st., Suite 200
Miami, FL 33131

Lallemand Yeast, Inc.
1620 Rue Prefontaine
Montreal H1W 2N8
CANADA

Manpower Temp Service
9041 Main Street
Lisle, NY 13797-1233

Mark DiDomenico
1132 Broadway
Buffalo, NY 14212

NY Business Development Corporation
d/b/a Pursuit BDC
50 Beaver Street, 5th Floor
Albany, NY 12207

Solvay Bank
Attn: John Carpenter, S.V.P.
1537 Milton Avenue
Syracuse, NY 13209

West Rock Packaging
1000 Abernathy Road NE
Atlanta, GA 30328

US Cold Storage
601 Twin Rail Drive
Minooka, IL 60447